# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 17-62061-CIV-DIMITROULEAS/SNOW

DAVID E. GARCIA,

     Plaintiff,

vs.

Executive Office of Immigration Review (EOIR)
at Broward Transitional Center (BTC); JAMES MCHENRY,
Acting Director, EOIR; MARC J MOORE; Director, ERO
Miami Field Office, Immigration and Customs Enforcement (ICE);
JEFF SESSIONS, Attorney General of the United States,
U.S. Department of Justice (DOJ);

     Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE 5] (the "Notice"), filed herein on October 27, 2017. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Notice [DE 5] is hereby **APPROVED**;

2.  This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed; and

3.  The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 30th day of October, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record